KATHARINE L. ELLIOTT, County Counsel SBN 135253
BRINA A. BLANTON, Deputy, SBN 260829
County of Mendocino – Administration Center
501 Low Gap Road, Room 1030
Ukiah, CA  95482

Telephone: (707) 234-6885
Facsimile:   (707) 463-4592
blantonb@mendocinocounty.org

Attorneys for Defendants
COUNTY OF MENDOCINO, THOMAS D. ALLMAN, LORRIE KNAPP, and MICHAEL GRANT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WARD, in her personal capacity, and as executor of the estate of Earl Ward, Deceased, KEVIN WARD and INA WARD, surviving heir of JEFF WARD<br><br>Plaintiffs,<br>V.<br><br>COUNTY OF MENDOCINO; SHERIFF THOMAS D. ALLMAN, individually and in his official capacity as Sheriff of the COUNTY OF MENDOCINO; LORRIE KNAPP; MICHAEL GRANT; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DR. MICHAEL MEDVIN; DR. MARVIN TROTTER; KATHY LOUISE GOODMAN; KINDRED HEALTHCARE OPERATING, INC.; and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. 4:17-cv-00911-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER** AS MODIFIED BY THE COURT |

WHEREAS the plaintiffs and defendants in this action have participated in a settlement scheduling conference under the guidance and recommendation of the assigned settlement

judge in this matter, the Hon. Laurel Beeler, and

WHEREAS the Case Management and Pretrial Order (Dkt. 31) was entered on June 19, 2017, before plaintiffs filed their Third Amended Complaint (Dkt. 59) on February 1, 2018, to add two additional defendants, Kathy Louise Goodman as Doe Defendant 1 and Kindred Healthcare Operating, Inc. as Doe Defendant 2, and

WHEREAS defendant Kindred Healthcare Operating, Inc. first appeared in this matter on March 7, 2018, and

WHEREAS defendant Kathy Louise Goodman first appeared in this matter on April 18, 2018, and

WHEREAS a settlement conference had been set for August 15, 2018, and

WEHREAS one of the Plaintiffs was diagnosed with a serious medical condition and will not be able to attend the August 15, 2018 settlement conference, and

WHEREAS the parties are currently working to continue the settlement conference to a date when all parties can be present, and

WHEREAS the non-expert discovery cutoff was reset to October 1, 2018, pursuant to the pretrial schedule set forth in the court's Case Management and Pretrial Order (Dkt. 85), and

WHEREAS all other deadlines originally set in this case remain and are as of the resetting of the non-expert discovery cutoff are incompatible with that date, and

WHEREAS the plaintiffs and defendants in this action are aware of the procedure for amending the court's Case Management and Pretrial Order (Dkt. 31) and have concurrently filed a letter brief with the court, in accordance with said procedure, and

WHEREAS good cause exists for an order amending the court's Case Management and Pretrial Order (Dkt. 31), as set forth above.

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING PROPOSED CASE MANAGEMENT AND PRETRIAL ORDER:

| Deadline/Hearing | Currently Due/Set | Proposed Due/Set |
|---|---|---|
| Non-Expert Discovery Cut-off | October 1, 2018 | **November 1, 2018** |
| Disclosure of Experts | August, 1, 2018 | **November 30, 2018** |
| Rebuttal | August 31, 2018 | **December 29, 2018** |
| Dispositive Motions | October 3, 2018 | **January 9, 2019** |
| Expert Discovery Cut-Off | November 11, 2018 | **January 11, 2019** |
| Pretrial Conference | January 10, 2019 | **August 15, 2019** |
| Trial | February 4, 2019 | **September 9, 2019** |

Dated: July 27, 2018

KATHARINE L. ELLIOTT
County Counsel

By: _____/s/_____
    BRINA A. BLANTON, DEPUTY

Attorneys for Defendants
COUNTY OF MENDOCINO, THOMAS ALLMAN, LORRIE KNAPP, and MICHAEL GRANT

Dated: July 27, 2018

J SUPPLE LAW
A Professional Corporation

By: _____/s/_____
    JOHN L. SUPPLE
    JODIE C. FEUSNER
    MATTHEW SCHROEDER

Attorneys for Defendants
KATHY LOUISE GOODMAN and
KINDRED HEALTHCARE OPERATING, INC.

_____-3-_____

**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**

**4:17-cv-00911-PJH**

Dated: July 27, 2018  BRENT & FIOL, LLP

By: _____/s/_____
      DAVID L. FIOL

Attorneys for Plaintiffs

Dated: July 27, 2018  THE LAW OFFICES OF JEROME M. VARANINI

By: _____/s/_____
      JEROME M. VARANINI

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC. and DR. MICHAEL MEDVIN

Dated: July 27, 2018  SCHUERING, ZIMMERMAN & DOYLE

By: _____/s/_____
      THEODORE D. POPPINGA

Attorneys for Defendant
DR. MARVIN TROTTER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2018

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

_____-4-_____
**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**

**4:17-cv-00911-PJH**