UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET WARD, et al.,

    Plaintiffs,

v.

THE COUNTY OF MENDOCINO, et al.,

    Defendants.

Case No. 17-cv-00911-PJH

**ORDER**

Re: Dkt. No. 145

On March 29, 2019, defendant Marvin Trotter, M.D. filed a proposed order (without an accompanying motion) that would enter judgment in this action. Dkt. 145. The court declines to enter that order.

If a party wishes to have judgment entered in this action with respect to fewer than all claims or all parties, the party's motion for such judgment must satisfy the stricter requirements of Federal Rule of Civil Procedure 54(b). Rule 54(b) requires the court to "expressly determine[] that there is no just reason for delay" prior to entering final judgment "as to one or more, but fewer than all, claims or parties[.]" Fed. R. Civ. P. 54(b).

**IT IS SO ORDERED.**

Dated: April 1, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge